**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:
ASHLEY LATRICE WILLIS                    BANKRUPTCY CASE NO. 20-11490-JDW

## ORDER

(JDW)

This matter having come on before this Court on the Motion for Relief From Stay and for Other Relief [Dkt # 42 ] filed by 21st Mortgage Corporation ("21st Mortgage"). The Court, having considered 21st Mortgage's motion, having found that no response has been filed and that the time for responses has expired, and having found that the Motion should be granted, finds that this Order should be entered.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that:

A.      The automatic stay of 11 U.S.C. § 362 be, and it is hereby, lifted, terminated and annulled as to the Debtor, so as to permit 21st Mortgage to proceed in exercising any and all of its rights and interests as to the property relating thereto, including but not limited to repossessing, foreclosing or otherwise realizing upon the Collateral; bringing any action as may be necessary to put 21st Mortgage and/or persons acting on its behalf in full and complete possession of the Collateral; and taking any and all other actions consistent with repossession or foreclosure of the Collateral, and,

B. The Collateral be, and it is hereby, abandoned from the Bankruptcy estate pursuant to 11 U.S.C. § 554.

C. That Entry of this order shall constitute the entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to conversion of this case to any other Chapter under the Bankruptcy Code.

##END OF ORDER##

Submitted by:

*/s/ Edward E. Lawler, Jr.*
Edward E. Lawler, Jr., MSB No. 1095
McKay Lawler Franklin & Foreman, PLLC
Post Office Box 2488
Ridgeland, MS 39158-2488
Telephone (601) 572-8778
Telefax (601) 572-8440

TFMTG-B1239