**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

In Re:
Ashley Latrice Willis                                    Chapter 13
                                                         Case No. 20-11490

Debtors.

    NOTICE IS HEREBY GIVEN that a Motion to Modify Plan has been filed in the above caption case by Jimmy E. McElroy on behalf of the debtor(s).

    LAST DAY TO FILE OBJECTIONS OR RESPONSES IS February 12, 2021

    Should any party receiving this notion respond or object to said motion such response or objection is required to be filed with the Clerk of this Court and served on the Attorney for Movant on or before said date; otherwise, the Court may consider said motion immediately after the objection or response date.

    A written objection or response to said motion must be filed with the Clerk of this Court at the following address:

> Shallanda J. Clay, Clerk of Court
> Cochran U.S. Bankruptcy Courthouse
> Northern District of Mississippi
> 703 Highway 145 North
> Aberdeen, MS 39730

**CERTIFICATE OF SERVICE**

    The undersigned certifies that he/she, on January 13, 2021, electronically notified, mailed, postage prepaid, or hand delivered, a true and correct copies of the Motion to Modify Plan and the Notice to all interested parties.

/s/ Jimmy E. McElroy
Attorney for Debtor(s)
3780 S. Mendenhall
Memphis, Tennessee 38115
(901) 363-7283

NAMES AND ADDRESSES OF ENTITIES SERVED:

Ashley Willis, 141 Hillfield Cove Byhalia, MS 38611
Locke Barkley, Chapter 13 Trustee - sbeasley@barkley13.com
US Trustee - USTPRegion05.AB.ECF@usdoj.gov
All Entities Listed on the Matrix (see attached)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re: Ashley Latrice Willis                                  Chapter 13
                                                              Case No. 20-11490
Debtor.

## MOTION TO MODIFY PLAN

Comes now the Debtor, by and through counsel, and hereby moves this Court to Modify the Plan to provide for the secured claim, numbered Sixteen (16) filed by Portfolio Recovery Associates, LLC. ("PRA"), for the 2012 Nissan Altima. In support of the motion, Debtor would show unto the Court that an Agreed Order was entered on June 16, 2020, docket entry number Twenty-Six (26), requiring her to surrender the collateral to the lien holder within Fourteen (14) days from the entry of the order. The Debtor has been unable to comply with the terms of the order and the plan should be modified to provide disbursements towards the secured claim at 5.25% interest and a monthly payment to be determined by the Chapter 13 Trustee, until the collateral is retrieved by the lender. The Chapter 13 Trustee shall be authorized to adjust the plan payments as necessary to provide for the claim.

In the event the Debtor is able to comply with the terms of the previously entered agreed order and the collateral is retrieved by the lender, Debtor shall then petition the court to further modify the plan.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that the Court enter an order modifying the plan as hereinabove indicated, and that the Chapter 13 Trustee adjust the plan as necessary.

Respectfully submitted,

/s/ Jimmy E. McElroy #2540
Attorney for Debtor
3780 Mendenhall Rd. S., Suite 202
Memphis, TN. 38115
(901) 363 - 7283

## Certificate of Service

    I, Jimmy E. McElroy, attorney for Debtor, do hereby certify that I have this day mailed or transmitted electronically a true and correct copy of the above as below indicated.

    So certified, this January 13, 2021.

                                            /s/ Jimmy E. McElroy #2540

Ashley Willis, 141 Hillfield Cove Byhalia, MS 38611
Chapter 13 Trustee - sbeasley@barkley13.com
US Trustee - USTPRegion05.AB.ECF@usdoj.gov
All Entities on Matrix (see attached)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

In Re:
Ashley Latrice Willis                                            Chapter 13
                                                                 Case No.  20-11490
Debtor(s).

**ORDER ON DEBTOR'S MOTION TO MODIFY (Dkt. )**

This cause came before the Court on a motion by Debtor to modify the plan. It appeared that after notice to all interested parties and opportunity for hearing, there were no objections filed, and the Court finds as follows:

1. The Debtor's Motion to Modify Plan is hereby granted.

2. The Debtor's plan shall be modified to provide for the secured claim, numbered Sixteen (16) filed by Portfolio Recovery Associates, LLC. ("PRA"), for the 2012 Nissan Altima, to receive 5.25% interest, and a monthly payment to be determined by the Chapter 13 Trustee.

3. In the event PRA is able to recover the collateral, Debtor shall petition the Court to further modify the plan.

4. The Chapter 13 Trustee is authorized to make further modifications to the plan as necessary to effectuate this order.

##END OF ORDER##

APPROVED:

/s/ Jimmy E. McElroy MSB #2540
Attorney for Debtor
3780 S. Mendenhall Road
Memphis, TN 38115
(901) 363-7283
mcelroylawms@hotmail.com

```
Label Matrix for local noticing          21st Mortgage                              Bank of America, N.A.
0537-1                                   P.O. Box 477                               P O Box 982284
Case 20-11490-JDW                        Knoxville, TN 37901-0477                   El Paso, TX 79998-2284
Northern District of Mississippi
Aberdeen
Wed Jan 13 11:10:59 CST 2021

Bank of Fayette                          Locke D. Barkley                           (p)WAKEFIELD & ASSOCIATES
47 Charleston                            6360 I-55 North                            PO BOX 50250
Moscow, TN 38057                         Suite 140                                  KNOXVILLE TN 37950-0250
                                         Jackson, MS 39211-2038


CITY OF MEMPHIS EMS                      Capital One, N.A.                          Dept. of Education / Nelnet
C/O UCS                                  c/o Becket and Lee LLP                     P.O. Box 380901
PO BOX 751090                            PO Box 3001                                Minneapolis, MN 55438-0901
MEMPHIS TN  38175-1090                   Malvern PA 19355-0701


First Heritage Credit                    First Heritage Credit                      First Heritage Credit
105 East Van Dorn Ave                    605 Cresent Blvd Suite 101                 7139 Hacks Cross
Holly Springs MS 38635-3005              Ridgeland, MS 39157-8659                   Olive Branch MS 38654-4286


Edward E. Lawler Jr.                     METHODIST LEBONHEUR HEALTHCARE             Jimmy E. McElroy
McKay Lawler Franklin & Foreman, PLLC    1350 CONCOURSE AVENUE SUITE 600            3780 S. Mendenhall
P.O. Box 2488                            MEMPHIS, TN 38104-2028                     Memphis, TN 38115-0886
Ridgeland, MS 39158-2488


Medical Finance                          Olive Branch Financial                     Online In Service
5100 Poplar Ave.                         8825 Goodman Road                          P.O. Box 1489
Memphis, TN 38137-4000                   Olive Branch, MS 38654-2203                Winterville, NC 28590-1489


PRA Receivables Management               Pace Financial                             (p)PORTFOLIO RECOVERY ASSOCIATES LLC
P.O. Box 41067                           P.O. Box 682187                            PO BOX 41067
Norfolk, VA 23541-1067                   Franklin, TN 37068-2187                    NORFOLK VA 23541-1067


Portfolio Recovery Associates, LLC, assignee   Rap LLC                              Sallie Mae
1715 Aaron Brenner Drive, Suite 800      1350 Concourse                             In care of U. S. Attorney
Memphis, TN 38120-1445                   Memphis, TN 38104-2010                     900 Jefferson Ave.
                                                                                    Oxford MS 38655-3608


South Financial                          Southeastern Emergency Physicians, LLC    U. S. Department of Education
P.O. Box 15203                           PO Box 1123                                In care of U. S. Attorney
Hattiesburg, MS 39407-0001               Minneapolis, MN 55440-1123                 900  Jefferson Avenue
                                                                                    Oxford MS 38655-3608


U. S. Trustee                            Well Fargo Dillards                        Ashley Latrice Willis
501 East Court Street, Suite 6-430       P.O. Box 14517                             141 Hillfield Cove
Jackson, MS 39201-5022                   Des Moines, IA 50306-3517                  Byhalia, MS 38611-9596
```

Jacob C Zweig
Evans Petree PC
1715 Aaron Brenner Drive
Suite 800
Memphis, TN 38120-1445

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)21st Mortgage Corporation
PO Box 477
Knoxville, TN 37901

(d)21st Mortgage Corporation
P.O. Box 477
Knoxville TN 37901

CAMPBELL CLINIC (ATHENA)
WAKEFIELD & ASSOCIATES
PO BOX 50250
KNOXVILLE, TN 37950-0250

(d)Campbell Clinic (Athena)
po box 50250
Knoxville, TN 37950-3795

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cory Willis

End of Label Matrix
Mailable recipients   30
Bypassed recipients    1
Total                 31